IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| RODGER FINLEY, | * |
| Plaintiff, | * |
| v. | Case No. 1:13-CV-50(WLS) |
| | * |
| GEORGIA DEPARTMENT OF CORRECTIONS, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 15, 2014, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 15th day of January, 2014.

Gregory J. Leonard, Clerk

s/ William C. Lawrence, Deputy Clerk